## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Anthony Emanuel Escobar Mendez,** **Petitioner,** | **CIVIL ACTION** |
| **v.** | |
| **J.L. Jamison, et al.,** **Respondents.** | **NO.  26-4274** |

### O R D E R

**AND NOW**, this 24th day of June, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), **IT IS HEREBY ORDERED** that:

1. Petitioner shall make immediate and proper service of the Petition (ECF No. 1) and this Order on Respondents.

2. Respondents shall not transfer Petitioner without further order of the Court.

3. Respondents **SHALL RESPOND** to the Petition on or before **Thursday, June 25, 2026**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**