**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Anthony Emanuel Escobar Mendez,**<br>**Petitioner,** | **CIVIL ACTION** |
| **v.** | |
| **J.L. Jamison, et al.,**<br>**Respondents.** | **NO.  26-4274** |

**O R D E R**

**AND NOW**, this 26th day of June, 2026, in light of the Government's Certification of Compliance with the Court's Order (ECF No. 6), **IT IS HEREBY ORDERED** that the Clerk of Court **SHALL TERMINATE** the above-captioned action and mark it as **CLOSED**.

**BY THE COURT:**

__S/ WENDY BEETLESTONE_____
**WENDY BEETLESTONE, C.J.**